UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

– *against* –

BLOOMBERG L.P.,

                Defendant.

**ORDER**
21 Civ. 4775 (ER)

      The Court is in receipt of Plaintiff's motion to conditionally certify this case as a collective action and to approve the proposed collective action notice. Defendant's response is due by no later than September 10, 2021, and Plaintiff's reply is due by no later than September 17, 2021.

It is SO ORDERED.

Dated:    August 23, 2021
            New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.