UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBER ADAM,<br><br>        Plaintiff,<br><br>    -against-<br><br>BLOOMBERG L.P.,<br><br>        Defendant. | 21-cv-04775 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' letter expressing their recent engagement of a private mediator.  ECF No. 38.  The parties shall file an additional status report by **November 21, 2022** apprising the Court on a scheduled date for their mediation session.

  In light of their intention to pursue mediation, the motion to Approve Collective Action Notice (ECF No. 14) is denied without prejudice to refile.

Dated: November 7, 2022
     New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge