```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/12/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM,

                Plaintiff,

    -v-

BLOOMBERG L.P.,

               Defendant.

**ORDER**

21-CV-4775 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    As the Court held a case management conference with the parties on September 9, 2025, the Court adjourns the deadline for the parties to submit a joint status report previously due on September 11, 2025. *See* ECF No. 75. The Court directs the parties to submit a joint status report, not to exceed three single spaced pages, on **November 10, 2025**.

**SO ORDERED.**

Dated: September 12, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge