UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM,

                  Plaintiff,

        -v-

BLOOMBERG L.P.,

                  Defendant.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/1/2025

**ORDER**

21-CV-4775 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' November 26, 2025 joint status report. ECF No. 87. As stated in Rule I(F) of the undersigned's Individual Rules and Practices for Civil Cases, any request for an extension of time must be filed on ECF as a letter motion—or stipulation if the Parties have agreed—at least 3 days prior to a forthcoming deadline. As such a filing has not yet been made, the existing case schedule remains in place, including the requirement that the Parties file a status report on **January 9, 2026**. *See* ECF No. 86.

**SO ORDERED.**

Dated: December 1, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge