UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM,

                    Plaintiff,

        -v-

BLOOMBERG L.P.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026

**ORDER**

21-CV-4775 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' January 9, 2026 joint status report.

The Parties are directed to file a further joint status report by **March 13, 2026.**

**SO ORDERED.**

Dated: January 12, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge