UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM, individually and on behalf
of all others similarly situated,

                              Plaintiff,

              -against-

BLOOMBERG, L.P.,

                              Defendant.

Case No. 1:21-cv-04775 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of a letter from Defendant Bloomberg L.P. ("Defendant"), requesting a pre-motion conference in anticipation of its filing a motion for summary judgment, Dkt. 92, and a letter from Plaintiff Amber Adam opposing that request, Dkt. 99.  The Court grants Defendant leave to move for summary judgment prior to class certification consideration, and no pre-motion conference will be required.  The parties shall propose a summary judgment briefing schedule by **January 24, 2026**.

Dated:  January 20, 2026
        New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        JENNIFER L. ROCHON
                                        United States District Judge