UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM,

                Plaintiff,

      -v-

BLOOMBERG L.P.,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026

**ORDER**

21-CV-4775 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report. ECF No. 108. The parties are directed to file a further joint status report by **June 15, 2026**.

**SO ORDERED.**

Dated: March 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1