UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM,

                      Plaintiff,

          -v-

BLOOMBERG L.P.,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2026

**ORDER**

21-CV-4775 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Christian A. Bashi's Motion to Withdraw, ECF No. 139 (the "Motion"). The Motion is **GRANTED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 139 as **GRANTED**.

**SO ORDERED.**

Dated: May 13, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1