UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER ADAM,

                    Plaintiff,

        -v-

BLOOMBERG L.P.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2026

**ORDER**

21-CV-4775 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' June 15, 2026 joint status report.  ECF No. 144.  The parties are directed to file a further joint status report by **October 14, 2026**.

**SO ORDERED.**

Dated: June 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge